USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: __________
DATE FILED: 9-10-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**-against-**<br><br>**SEVAK KOCHARIAN,**<br><br>**Defendants.** | **26-CR-248 (ALC)**<br><br>**ORDER** |

---------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Status Conference is set for **September 17, 2026**, at **11:00 a.m.**

**SO ORDERED.**

**Dated: New York, New York**
**September 10, 2026**

ANDREW L. CARTER, JR.
United States District Judge